UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: SCOTT, SHAWNDA K. § Case No. 15-00722
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $4,700.00 | Assets Exempt: | $6,400.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,970.00 | Claims Discharged Without Payment: | $133,153.19 |
| Total Expenses of Administration: | $1,030.00 | | |

3) Total gross receipts of $4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,000.00 | $1,030.00 | $1,030.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $136,345.87 | $6,223.19 | $6,223.19 | $2,970.00 |
| **TOTAL DISBURSEMENTS** | $136,345.87 | $7,223.19 | $7,253.19 | $4,000.00 |

4) This case was originally filed under chapter 7 on 01/12/2015. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/06/2015        By: /s/ Richard M. Fogel
                                      Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase- Checking Acct & Savings Acct certificates | 1129-000 | $700.00 |
| 2014 income tax refunds (u) | 1224-000 | $11,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Rabobank, N.A. | 2600-000 | NA | NA | $30.00 | $30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$1,000.00** | **$1,030.00** | **$1,030.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-900 | $1,000.00 | $684.56 | $684.56 | $326.70 |
| 2 | Navient Solutions, Inc. | 7100-000 | $5,445.87 | $5,538.63 | $5,538.63 | $2,643.30 |
| N/F | City Of Chicago Dept Of Finance | 7100-000 | $37,550.00 | NA | NA | $0.00 |
| N/F | City Of Chicago Dept Of Finance | 7100-000 | $37,550.00 | NA | NA | $0.00 |
| N/F | Aurora Bank FSB | 7100-000 | $7,400.00 | NA | NA | $0.00 |
| N/F | Cook County Treasurer | 7100-000 | $20,000.00 | NA | NA | $0.00 |
| N/F | Cook County Treasurer | 7100-000 | $20,000.00 | NA | NA | $0.00 |
| N/F | Aurora Bank FSB | 7100-000 | $7,400.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$136,345.87** | **$6,223.19** | **$6,223.19** | **$2,970.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

Case No.: 15-00722  
Case Name: SCOTT, SHAWNDA K.  
For Period Ending: 10/06/2015

Trustee Name: (330720) Richard M. Fogel  
Date Filed (f) or Converted (c): 01/12/2015 (f)  
§ 341(a) Meeting Date: 02/18/2015  
Claims Bar Date: 06/12/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Available Cash on Hand | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Chase- Checking Acct & Savings Acct certificates | 4,500.00 | 700.00 | | 700.00 | FA |
| 3* | General Used Household Goods (See Footnote) | 1,500.00 | 500.00 | | 0.00 | FA |
| 4* | 1999 Honda CRV (Mileage= 270,000) (See Footnote) | 1,000.00 | 600.00 | | 0.00 | FA |
| 5* | 2001 Chevrolet Impala (Mileage= 130,000) (See Footnote) | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2014 income tax refunds (u) (u) | Unknown | 3,300.00 | | 3,300.00 | FA |
| | **Assets     Totals**     (Excluding unknown values) | **$9,200.00** | **$5,100.00** | | **$4,000.00** | **$0.00** |

RE PROP# 3    Inconsequential value  
RE PROP# 4    Inconsequential value  
RE PROP# 5    Inconsequential value

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 15-00722  
**Case Name:** SCOTT, SHAWNDA K.  

**For Period Ending:** 10/06/2015

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 01/12/2015 (f)  
**§ 341(a) Meeting Date:** 02/18/2015  
**Claims Bar Date:** 06/12/2015

**Major Activities Affecting Case Closing:**

Debtor appears to be entitled to non-exempt income taxd refund

**Initial Projected Date Of Final Report (TFR):** 03/31/2016  
**Current Projected Date Of Final Report (TFR):** 07/30/2015

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 15-00722 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SCOTT, SHAWNDA K. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6228 | Account #: | ******9566 Checking Account |
| For Period Ending: | 10/06/2015 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/10/2015 | {6} | SHAWNDA SCOTT | Non-exempt income tax refund | 1224-000 | 4,000.00 | | 4,000.00 |
| 04/13/2015 | | SHAWNDA SCOTT | Non-exempt income tax refund and bank account balance | | 4,000.00 | | 8,000.00 |
| | {6} | | | 1224-000 $3,300.00 | | | 8,000.00 |
| | {2} | | | 1129-000 $700.00 | | | 8,000.00 |
| 04/13/2015 | {6} | SHAWNDA SCOTT | Reversed Deposit 100001 1 Non-exempt income tax refund | 1224-000 | -4,000.00 | | 4,000.00 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,990.00 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,980.00 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,970.00 |
| 08/25/2015 | 101 | Richard M. Fogel | Dividend paid 100.00% on $1,000.00 \| Claim # FEE \| Filed: $1,000.00 | 2100-000 | | 1,000.00 | 2,970.00 |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-00722 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | SCOTT, SHAWNDA K. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6228 | Account #: | ******9566 Checking Account |
| For Period Ending: | 10/06/2015 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/25/2015 | 102 | Capital One Bank (USA), N.A. | Dividend paid 47.72% on $684.56 \| Claim # 1 \| Filed: $684.56 | 7100-900 | | 326.70 | 2,643.30 |
| 08/25/2015 | 103 | Navient Solutions, Inc. | Dividend paid 47.72% on $5,538.63 \| Claim # 2 \| Filed: $5,538.63 | 7100-000 | | 2,643.30 | 0.00 |
| | | | **COLUMN TOTALS** | | 4,000.00 | 4,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,000.00 | 4,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.00** | **$4,000.00** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| | |
|---|---|
| **Case No.:** | 15-00722 |
| **Case Name:** | SCOTT, SHAWNDA K. |
| **Taxpayer ID #:** | **-***6228 |
| **For Period Ending:** | 10/06/2015 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9566 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9566 Checking Account | $4,000.00 | $4,000.00 | $0.00 |
| | **$4,000.00** | **$4,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)